# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN•
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO•
ELIZABETH SMITH••†
MATTHEW E. HEARLE
AUBREY E. RICCARDI•
STEPHEN BORDANARO
ANTHONY J. SCHLUR

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
DANIEL J. SLATZ
GERALD BUKARY
GILLIAN B. KESSLER
JEFFREY S. BERKOWITZ
ELI RAIDER
SERGIO J. TUERO•
CHRISTOPHER R. CLARKE
MICHELLE MCLEOD•
ANNEMARIE DESIMIO
BLAIR A. PARSONT◊
STACY N. ANAGNOSTOPOULOS•
SAMUEL P. SROKA
DAVID APFELBAUM
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN
MICHAEL B. PODOLSKY

J. Ted Donovan, Esq.
Direct Tel: 212-301-6943
Fax: 212-221-6532
TDonovan@GWFGlaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

• ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF TEXAS BAR
* ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO ADMITTED IN CALIFORNIA
• MEMBER OF FLORIDA & DC & NY

January 16, 2015

Robert Gavin, Clerk
U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722

Re:   Rover 2014 LLC
      Case No. 815-70166

Dear Mr. Gavin:

My firm represents the Debtor in the above referenced Chapter 11 case. We filed the petition in the Central Islip Division of the Eastern District of New York because the Debtor is under contract to purchase real estate from another Chapter 11 debtor, Commack Hospitality LLC, which case is currently pending in Central Islip before the Hon. Alan S. Trust (Case No. 814-70931-ast). Because of the overlap, we believe the Rover 2014 LLC case belongs before Judge Trust as well.

Respectfully yours,

J. Ted Donovan